| | | | |
|---|---|---|---|
| Young v. Landstar Invs. LLC | 2016AP001432 | 03–09–2017 | Affirmed |
| State v. Kimpel† | 2016AP001441 CR | 03–16–2017 | Affirmed |
| County of Marathon v. Balzar | 2016AP001471 | 03–14–2017 | Affirmed |
| State v. Reed† | 2016AP001609 CR | 03–23–2017 | Affirmed |
| Town of Mukwonago v. Howard | 2016AP001651 FT | 03–29–2017 | Affirmed |
| City of Waukesha v. Pike | 2016AP001720 | 03–01–2017 | Affirmed |
| Racine County HSD v. R.E. | 2016AP002039 | 03–15–2017 | Affirmed |
| Jefferson County HSD v. V. B. | 2016AP002468 through 2016AP002469 | 03–16–2017 | Affirmed |

† Petition to review filed.